```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 15-00929-MDF
Mai T Nguyen                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: DDunbar      Page 1 of 1      Date Rcvd: Sep 12, 2016
                      Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2016.
db          +Mai T Nguyen,   324 North 48th Street,   Harrisburg, PA 17111-3401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2016 at the address(es) listed below:
           Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
           James P Sheppard   on behalf of Debtor Mai T Nguyen jamespsheppard@comcast.net,
            dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
           Joshua I Goldman   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
            bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
           Matthew Gregory Brushwood   on behalf of Creditor   WELLS FARGO BANK, N.A. pamb@fedphe.com
           Paul C Bametzreider   on behalf of Creditor   Jonestown Bank & Trust Company paulb@rwssl.com,
            bhaase@rwssl.com
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                  TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
MAI T. NGUYEN
aka Mai Thanh Nguyen
aka Mai Nguyen,

Chapter 13

Debtor(s)

Case Number: 1:15-bk-00929-MDF

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,

Movant(s)

v

MAI T. NGUYEN
aka Mai Thanh Mguyen
aka Mai Nguyen and
CHARLES J. DEHART, III, ESQUIRE (TRUSTEE),

Document No.: 39

Respondent(s)

Nature of Proceeding: Motion for Relief from Automatic Stay

## ORDER TO CONTINUE

Upon consideration of the Request to Continue Hearing with Concurrence,

**IT IS HEREBY ORDERED THAT** the request is granted and the hearing is continued to October 18, 2016, at 9:30 a.m. in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, Third Floor, The Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

By the Court,

*Mary D. France*
Bankruptcy Judge
(JG)

Date: September 12, 2016

---

**Initial requests for a continuance of hearing ( L.B.F. 9013-4, Request to Continue Hearing/Trial with Concurrence) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.**

**Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074-1(a).**

**Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.**

**Photo identification is required upon entering.**

MDPA-Order to Continue.WPT REV 03/16