# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **Mai T. Nguyen aka Mai Thanh Nguyen aka Mai Nguyen**<br>　　　　　　　　**Debtor** | BK NO. 15-00929 MDF<br><br>Chapter 13 |
| **JPMorgan Chase Bank, National Association**<br>　　　　　　　　Movant<br>　　　vs.<br><br>**Mai T. Nguyen aka Mai Thanh Nguyen aka Mai Nguyen**<br>　　　　　　　　**Debtor**<br><br>**Charles J. DeHart, III Esq.**, (Trustee) | Pleading: Motion for Relief |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above-identified pleading with the consent of the opposition, if any.

**X** The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within forty-five (45) days.

(2) If a stipulation is not filed or a hearing requested within forty-five (45) days, it is understood that this proceeding will be dismissed without prejudice.

(3) Contemporaneous with the filing for this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 16, 2016　　　　　　　　**/s/ Joshua I. Goldman, Esquire**
　　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.