IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mai T. Nguyen aka Mai Thanh Nguyen aka Mai Nguyen<br>　　　　Debtor<br><br>JPMorgan Chase Bank, National Association<br>　　　　Moving Party<br>　　vs.<br><br>Mai T. Nguyen aka Mai Thanh Nguyen aka Mai Nguyen<br>　　　　Debtor<br><br>Charles J. DeHart, III Esq.<br>　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 15-00929 MDF<br><br><br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Joshua I. Goldman, attorney for Movant, do hereby certify that true and correct copies of the foregoing Request to List Matter for Hearing of JPMorgan Chase Bank, National Association for Relief From Automatic Stay and hearing date have been served on October 26, 2016, by first class mail, and/or electronic means upon those listed below:

Debtor
Mai T. Nguyen aka Mai Thanh Nguyen aka Mai Nguyen
324 North 48th Street
Harrisburg, PA 17111

Attorney for Debtor
James P. Sheppard,, Esq.
2201 North Second Street (VIA ECF)
Harrisburg, PA 17110

Trustee
Charles J. DeHart, III Esq.
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: October 26, 2016

/s/ Joshua I. Goldman, Esquire
Joshua I. Goldman, Esquire
Thomas Puleo, Esquire
Attorneys for Movant/Applicant
Main Phone #: 215-627-1322