# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Mai T Nguyen
      Debtor(s)

BKY. NO. 15-00929 MDF

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5989

                                                Respectfully submitted,

                                                **/s/ Thomas Puleo**
                                                Thomas Puleo, Esquire
                                                James C. Warmbrodt, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 825-6306  FAX (215) 825-6406
                                                Attorney for Movant/Applicant