```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 15-00929-MDF
Mai T Nguyen                                                        Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: LyndseyPr            Page 1 of 1           Date Rcvd: Feb 08, 2017
                              Form ID: pdf010            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2017.
db         +Mai T Nguyen,   324 North 48th Street,   Harrisburg, PA 17111-3401
           +Wells Fargo Home Mortgage,   Kimberly Simon,   3476 Stateview Blvd, Mac#X7801-03K,
             Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James P Sheppard    on behalf of Debtor Mai T Nguyen jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              Joshua I Goldman    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Matthew Gregory Brushwood    on behalf of Creditor   WELLS FARGO BANK, N.A. pamb@fedphe.com
              Paul C Bametzreider    on behalf of Creditor   Jonestown Bank & Trust Company
               paulb@reillywolfson.com, bhaase@reillywolfson.com
              Thomas I Puleo    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 BANKRUPTCY |
| Mai T. Nguyen | : | |
| aka Mai Nguyen | : | CASE NO. 1:15-bk-00929 |
| aka Mai Thanh Nguyen | : | |
| Debtor | : | |
| | : | |
| Mai T. Nguyen | : | |
| aka Mai Nguyen | : | MATTER: MOTION TO APPROVE |
| aka Mai Thank Nguyen | : | LOAN MODIFICATION |
| Debtor/Movant | : | AGREEMENT |
| vs. | : | |
| Wells Fargo Home Mortgage | : | |
| and | : | |
| Charles J. DeHart, III, Esquire | : | |
| Standing Chapter 13 Trustee | : | |
| Respondents | : | |

## ORDER

Upon consideration of Movant's Motion to Approve Loan Modification Agreement:

**ORDERED**, that the Movant's Motion to Approve Loan Modification Agreement is hereby **GRANTED**; and it is further

**ORDERED**, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay.

By the Court,

*Mary D France*
Bankruptcy Judge (VK)

Dated: February 8, 2017