```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                        Case No. 15-00929-RNO
Mai T Nguyen                                                  Chapter 13
        Debtor                  CERTIFICATE OF NOTICE
```

District/off: 0314-1         User: LyndseyPr         Page 1 of 1              Date Rcvd: May 01, 2017
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2017.
db             +Mai T Nguyen,    324 North 48th Street,    Harrisburg, PA 17111-3401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              James P Sheppard    on behalf of Debtor Mai T Nguyen jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Matthew Gregory Brushwood    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              Paul C Bametzreider    on behalf of Creditor    Jonestown Bank & Trust Company
               paulb@reillywolfson.com, bhaase@reillywolfson.com
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mai T. Nguyen aka Mai Thanh Nguyen aka Mai Nguyen<br>　　　　　　Debtor<br><br>JPMorgan Chase Bank, National Association<br>　　　　　　Movant<br>　　vs.<br><br>Mai T. Nguyen aka Mai Thanh Nguyen aka Mai Nguyen<br>　　　　　　Debtor<br><br>Charles J. DeHart, III Esq.<br>　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 15-00929 RNO<br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, at Harrisburg, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and approval and recordation (if applicable) of the Loan Modification Agreement executed on February 20, 2017 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

Within thirty (30) days, Debtor shall file an Amended Plan that conforms to the terms of the Loan Modification Agreement.

Within thirty (30) days, Movant shall file an Amended Proof of Claim that conforms to the terms of the Loan Modification Agreement.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: May 1, 2017