```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                            Case No. 15-00929-RNO
Mai T Nguyen                                                      Chapter 13
    Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: LyndseyPr          Page 1 of 1          Date Rcvd: May 24, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2017.
db            +Mai T Nguyen,    324 North 48th Street,    Harrisburg, PA 17111-3401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              James P Sheppard    on behalf of Debtor Mai T Nguyen jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Matthew Gregory Brushwood    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              Paul C Bametzreider    on behalf of Creditor    Jonestown Bank & Trust Company
               paulb@reillywolfson.com, bhaase@reillywolfson.com
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**MAI T. NGUYEN AKA MAI THANH NGUYEN AKA MAI NGUYEN**

      Debtor(s)

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

      Movant(s)

**MAI T. NGUYEN a/k/a MAI THANH NGUYEN a/k/a MAI NGUYEN**

**CHARLES J. DeHART, III, ESQUIRE Trustee**

      Respondent(s)

| | |
|---|---|
| Chapter: | 13 |
| Case Number: | 1:15-bk-00929-RNO |
| Document No.: | 39 |
| Nature of Proceeding: | **Motion for Relief from Automatic Stay** |

## ORDER

It appearing that no stipulation or request to relist having been filed pursuant to Order dated April 4, 2017, it is hereby

ORDERED that this motion is DISMISSED without prejudice.

By the Court,

*Robert N. Opel, II, Chief Bankruptcy Judge*
(BI)

Date: May 24, 2017

MDPA- Order No Stip Filed - Matter dismissed or denied.WPT REV 03/16