```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 15-00929-RNO
Mai T Nguyen                                                        Chapter 13
        Debtor                     **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: LyndseyPr              Page 1 of 1              Date Rcvd: Jul 11, 2017
                               Form ID: pdf010              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2017.
db             +Mai T Nguyen,    324 North 48th Street,    Harrisburg, PA 17111-3401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              James P Sheppard    on behalf of Debtor Mai T Nguyen jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Matthew Gregory Brushwood    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              Paul C Bametzreider    on behalf of Creditor    Jonestown Bank & Trust Company
               paulb@reillywolfson.com, bhaase@reillywolfson.com
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 BANKRUPTCY |
| Mai T. Nguyen | : | |
| aka Mai Nguyen | : | CASE NO.  1:15-bk-00929 RNO |
| aka Mai Thanh Nguyen | : | |
| Debtor | : | |

**ORDER GRANTING MOTION TO AMEND CONFIRMED
FIRST AMENDED CHAPTER 13 PLAN IN ACCORDANCE
WITH THE SECOND AMENDED CHAPTER 13 PLAN**

Upon consideration of the *Motion to Modify Confirmed First Amended Chapter 13 Plan* of Debtors, and after notice to creditors, and no objections having been filed thereto, it is ORDERED that the *Motion to Modify Confirmed First Amended Chapter 13 Plan* in accordance with the *Second Amended Chapter 13 Plan* is granted.

Dated: July 11, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)