# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**Hon. Robert N. Opel, II**
Bankruptcy Judge

**Max Rosenn United States Courthouse**
197 South Main Street, Suite 144
Wilkes-Barre, Pennsylvania 18701
Telephone:(570) 831-2536

July 28, 2017

James P. Sheppard, Esquire
2201 North Second Street
Harrisburg, PA 17110

Re: **Mai T. Nguyen; Case No. 1-15-bk-00929 RNO**
**Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses**

Dear Attorney Sheppard:

    The Court has before it your Application for Approval of Interim Compensation and Expenses as Chapter 13 Administrative Expense. A review of the Application indicates that Local Bankruptcy Rule ¶ 2016-2 - Compensation of Debtors' Attorneys in Chapter 13 Cases was not complied with in that your Application has not been filed using L.B.F. 2016-2(b) - Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses.

    An amended application in compliance with Local Rule ¶ 2016-2 must be submitted to this Court within thirty (30) days of the date of this letter. It is not necessary to re-notice the Application. If the amended application is not filed, the Court may deny same without prejudice. A copy of Local Rule ¶ 2016-2 is available on the Court's website at www.pamb.uscourts.gov.

Sincerely,

*Beth A. Irving*
Beth A. Irving, Judicial Assistant