```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 15-00929-RNO
Mai T Nguyen                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: LyndseyPr     Page 1 of 1     Date Rcvd: Aug 08, 2017
                   Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2017.
db           +Mai T Nguyen,    324 North 48th Street,    Harrisburg, PA 17111-3401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2017 at the address(es) listed below:
           Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
           James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
            bkgroup@kmllawgroup.com
           James P Sheppard    on behalf of Debtor Mai T Nguyen jamespsheppard@comcast.net,
            dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
           Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
            bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
           Matthew Gregory Brushwood    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
           Paul C Bametzreider    on behalf of Creditor    Jonestown Bank & Trust Company
            paulb@reillywolfson.com, bhaase@reillywolfson.com
           Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
            tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                      TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 BANKRUPTCY |
| Mai T. Nguyen | : | |
| aka Mai Nguyen | : | CASE NO.   1:15-bk-00929 RNO |
| aka Mai Thanh Nguyen | : | |
| Debtor | : | |

ORDER OF COURT
PERMITTING INTERIM COMPENSATION

Upon consideration of the Application of James P. Sheppard, Esquire, counsel for the Debtor in the above matter:

**IT IS HEREBY ORDERED AND DECREED** that the Application for Interim Compensation is approved, and the attorney fees of $4,762.50 and costs of $91.00 are approved. The total of fees and costs is $4,853.50, for the time period of August 1, 2015 through June 16, 2017. The $4,853.50 balance for fees and costs shall be paid by the Trustee from the Plan proceeds.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: August 8, 2017