```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 15-00929-HWV
Mai T Nguyen                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1        User: LyndseyPr          Page 1 of 1          Date Rcvd: Jan 30, 2019
                            Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4657144        +E-mail/Text: bncmail@w-legal.com Jan 30 2019 19:10:04      COMENITY CAPITAL BANK/PAYPAL CREDIT,
                 C/O WEINSTEIN & RILEY, P.S.,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                                TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              James P Sheppard    on behalf of Debtor 1 Mai T Nguyen jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Matthew Gregory Brushwood    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              Paul C Bametzreider    on behalf of Creditor    Jonestown Bank & Trust Company
               paulb@reillywolfson.com, edonohue@reillywolfson.com
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-00929-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Mai T Nguyen
324 North 48th Street
Harrisburg PA 17111

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/29/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 16: COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121 | SYNCHRONY BANK<br>C/O WEINSTEIN & RILEY P.S.<br>2001 WESTERN AVE. SUITE 400<br>SEATTLE, WA 98121<br>SYNCHRONY BANK<br>C/O WEINSTEIN & RILEY P.S. |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/01/19

Terrence S. Miller
**CLERK OF THE COURT**