```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 15-00929-HWV
Mai T Nguyen                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1        User: LyndseyPr        Page 1 of 1        Date Rcvd: Jul 29, 2019
                        Form ID: orfeedue        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2019.
        +Phillip Raymond,    Agent for Transferee,    1544 Old Alabama Road,    Roswell, GA 30076-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2019 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        James    Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         bkgroup@kmllawgroup.com
        James P Sheppard    on behalf of Debtor 1 Mai T Nguyen jamespsheppard@comcast.net,
         dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
        Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Matthew Gregory Brushwood     on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
        Paul C Bametzreider     on behalf of Creditor    Jonestown Bank & Trust Company
         paulb@reillywolfson.com,  edonohue@reillywolfson.com
        Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                        TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Mai T Nguyen  
aka Mai Thanh Nguyen, aka Mai Nguyen

Chapter 13

Case number 1:15–bk–00929–HWV

Document Number: 84

**Debtor(s)**

### Order Filing Fee Due

A transfer of claim was filed on **July 26, 2019**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **August 5, 2019**.

Dated: July 29, 2019

By the Court,

*[signature]*

Honorable Henry W. Van Eck  
United States Bankruptcy Judge  
By: LyndseyPrice, Deputy Clerk

orfeedue(05/18)